18 Feb 2015

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Anto, Tx 78205

Withdrawal of the Record pursuant to
Tex. R. App. P 7.2 (West 2014)
RE: Trial Court Case No 307125
County Court at Law No. 5

Robert Martinez, Pro Se
~~BCADC SID No. 327674~~
TDCJ ID No 1931397 / Lopez State Jail
~~200 N. Comal~~                     1203 EL Cibolo Rd
~~San Anto, Tx 78207~~  Edinburg Tx 78542

VIA U.S. MAIL

Greetings!

PLEASE Allow this to serve As my First Good Faith
Request for Applicants request to inspect the record for
case No 307125, Bexar County Texas, County Court at
Law No 5, 4th Court of Appeals No. 04-14-00555 CR
pursuant to Tex. R. App. P. 7.2 (west)

I Am presently incarcerated At the above captioned address
Lopez State Jail.

Respectfully submitted
Jn Hoc

2015 MAR -2 PM 12: 56
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
Keith E. Hottle

cc: file

Page 1 of 1

## UNSWORN DECLARATION BY INMATE

I, Robert Martinez, TDCJ ID No 1931397, being presently incarcerated in the Texas Dept of Criminal Justice, Lopez State Jail facility, Hidalgo County Texas, declare under penalty of perjury that the above and forgoing is true and correct to the best of my ability

Executed on: 18 Feb 2015

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 El Cibolo Rd
Edinburg, Tx 78542

FILED
IN THE COURT OF APPEALS
SAN ANTONIO TX
2015 MAR -2 PH 12: 55

Le___ E. Hatte
___ E. Hatte
CLERK

MCALLEN TX 785
25 FEB 2015 PM 1 T

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Tx 78205